IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAKUR D. GANNAWAY, | : | CIVIL ACTION |
| | : | NO. 09-2688 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| NICHOLAS KARETAS, et al., | : | |
| | : | |
| Defendants. | : | |

## **O R D E R**

**AND NOW**, this **30th** day of **March, 2011**, it is hereby **ORDERED** that Defendants' motion for summary judgment (doc. no. 38) is **GRANTED**. It is hereby further **ORDERED** that this case shall be marked **CLOSED**.

**AND IT IS SO ORDERED.**

S/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**